**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) LIAM COOPER, *et al.* ) ) Defendants. ) | Case No. 21-2585-KHV-ADM |

**NOTICE AND ORDER TO SHOW CAUSE**

To the plaintiff, State Farm Fire & Casualty Company ("State Farm"), by and through its attorney:

On December 17, 2021, State Farm filed a declaratory judgment complaint naming as defendants Liam Cooper ("Cooper") and B.B., a minor child. (ECF 1.) B.B. filed an answer on March 29, 2022. (ECF 4.) The docket reflects State Farm served summons on Cooper on March 11, 2022 (ECF 5), making Cooper's response to the complaint due April 1, 2022. *See* FED. R. CIV. P. 12. To date, Cooper has not answered or appeared in this case. State Farm has not moved for a clerk's entry of default or taken any other action as to its claim against Cooper. For this reason, the court orders State Farm to show cause in writing by **May 9, 2022**, why the court should not recommend that the district judge dismiss the claim against Cooper for failure to prosecute under FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

Dated April 25, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge